IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| NICOLE TOUSSAINT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:22CV879 |
| | ) | (Consolidated Cases) |
| HANESBRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| VERONICA ROMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HANESBRANDS, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the Parties' Joint Stipulation Permitting Filing of Consolidated Complaint and Setting Responsive Pleading Deadline ("Joint Stipulation"). For the reasons stated in the Joint Stipulation, the Court finds and concludes that the Parties have shown good cause.

IT IS THEREFORE ORDERED that the Joint Stipulation is GRANTED. It is further HEREBY ORDERED that:

1. Plaintiffs shall file a Consolidated Complaint within thirty (30) days of the entry of this order.

2. Defendant shall respond to the Consolidated Complaint within thirty (30) days after service.

3. Defendant has no obligation to respond to the current operative Complaints.

4. If Defendant intends to file a motion directed at the Consolidated Complaint, the Parties will meet and confer in good faith in advance of such filing, including as to an appropriate word count for briefing on the motion.

IT IS SO ORDERED.

<u>March 28, 2023</u>  <u>/s/ L. Patrick Auld</u>
Date  **L. Patrick Auld**
**United States Magistrate Judge**