IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NICOLE TOUSSAINT and VERONICA ROMAN, individually and on behalf of all other similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>    Defendant. | Case No. 1:22-cv-00879-LCB-LPA<br><br>CLASS ACTION |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL AND TO DIRECT NOTICE OF PROPOSED SETTLEMENT TO THE CLASS**

    Plaintiffs move for entry of an order directing notice of the proposed class action settlement and scheduling a hearing to consider final approval of the settlement. Plaintiffs are simultaneously filing a supporting Memorandum of Law and the Declaration of Gary E. Mason, which includes, at Exhibit 1, the Settlement Agreement and all referenced exhibits. For the reasons set forth in that Memorandum, Plaintiffs respectfully request that the Court enter the Proposed Preliminary Approval Order as Exhibit 1-D to the Settlement Agreement. For ease of reference, the capitalized terms in this Motion and the accompanying Memorandum have the meaning set forth in the Settlement Agreement.

Dated: April 2, 2024                    Respectfully Submitted,

*/s/ Gary E. Mason*
Gary E. Mason*
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, D.C. 20015
Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

Scott E. Cole*
Cody A. Bolce*
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, CA 94607
Telephone: (510) 891-9800
sec@colevannote.com
cab@colevannote.com

*Counsel for Plaintiffs*

Martin A. Ramey
Joel R. Rhine
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
mjr@rhinelawfirm.com
jrr@rhinelawfirm.com

*Rule 83.1(d) Counsel for Plaintiffs*

*\* pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Gary E. Mason*
Gary E. Mason
**MASON LLP**