IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Nicole Toussaint and Veronica Roman, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

HanesBrands, Inc.,

    Defendant.

Case No. 1:22-cv-00879-LCB-LPA

CLASS ACTION

## PLAINTIFFS' NOTICE OF FILING CORRECTED EXHIBIT

Plaintiffs inadvertently filed with their Motion for Preliminary Approval (Doc. No. 38), a Settlement Agreement unsigned by the Parties (Doc. No. 40-1). Accordingly, Plaintiffs herewith submit a corrected Settlement Agreement signed by the Parties.

Dated: September 20, 2024

Respectfully Submitted,

*/s/ Joel R. Rhine*
Joel R. Rhine
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062
jrr@rhinelawfirm.com

*Rule 83.1(d) Counsel for Plaintiffs*

*/s/ Gary E. Mason*
Gary E. Mason*
Danielle L. Perry*
Lisa A. White*
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015

Telephone: (202) 429-2290
gmason@masonllp.com
dperry@masonllp.com
lwhite@masonllp.com

Scott E. Cole*
Cody A. Bolce*
**COLE & VAN NOTE**
555 12th Street, Suite 1725
Oakland, California 94607
Telephone: (510) 891-9800
sec@colevannote.com
cab@colevannote.com

*Counsel for Plaintiffs*


* *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ *Martin A. Ramey*
Martin A. Ramey
RHINE LAW FIRM, P.C.