## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NICOLE TOUSSAINT and VERONICA ROMAN, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>                Defendant. | Case No. 1:22-cv-00879-LCB-LPA<br><br>CLASS ACTION |

### PLAINTIFFS' MOTION FOR AN ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES AND SERVICE AWARDS TO PLAINTIFFS

Plaintiffs Nicole Toussaint and Veronica Roman ("Plaintiffs") hereby move this Court, pursuant to Federal Rules of Civil Procedure 23(h) and 54(d) and the Court's November 5, 2024 Order Granting Preliminary Approval of Class Action Settlement, to approve an award of attorneys' fees in the amount of $475,000, reimburse actual litigation costs and expenses in the amount of $26,457.20 and grant Service Awards to Plaintiffs for serving as Class Representatives in the amount of $1,600 each (for a total of $3,200).

For the reasons set forth in the accompanying memorandum of law, Plaintiffs' respectfully request the Court grant their Motion.

1

Dated: December 20, 2024

Respectfully Submitted,

*/s/* Scott Edward Cole
Scott Edward Cole, Esq.*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Tel.:    (510) 891-9800
Email:  sec@colevannote.com

Gary E. Mason, Esq.*
Danielle L. Perry, Esq.*
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.:    (202) 429-2290
Email:  gmason@masonllp.com
Email:  dperry@masonllp.com

*Attorneys for Plaintiffs and the Plaintiff Class*

Joel R. Rhine, Esq.
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Tel.: (910) 772-9960
jrr@rhinelawfirm.com

*Rule 83.1(d) Counsel for Plaintiffs*

*\*Notice of Special Appearance*

2

# CERTIFICATE OF SERVICE

I hereby certify that, on this 20 day of January, 2024, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

/s/ Scott Edward Cole
Scott E. Cole, Esq.

3