IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| NICOLE TOUSSAINT and VERONICA ROMAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>     Defendant. | **Case No. 1:22-cv-00879-LCB-LPA**<br><br>**CLASS ACTION** |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Nicole Toussaint and Veronica Roman ("Plaintiffs") hereby move this Court, pursuant to the Federal Rules of Civil Procedure, Rule 23, and the Court's November 5, 2024 Order Granting Preliminary Approval of the Class Action Settlement, to:

1. Grant Final Approval to the Settlement described in the Settlement Agreement between Plaintiffs and Defendant Hanesbrands, Inc. ("Defendant") as fair, reasonable and adequate;

2. Finally certify the Settlement Class pursuant to Rule 23; and

3. Finally Approve the Settlement Agreement.

1

Dated: February 7, 2025

Respectfully Submitted,

*/s/ Scott E. Cole*
Scott E. Cole, Esq.*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Tel.:   (510) 891-9800
Email:  sec@colevannote.com

Gary E. Mason, Esq.*
Danielle L. Perry, Esq.*
**MASON LLP**
5335 Wisconsin Avenue NW, Suite 640
Washington, DC 20015
Tel.:   (202) 429-2290
Email:  gmason@masonllp.com
Email:  dperry@masonllp.com

*Counsel for Plaintiffs and the Plaintiff Class*

Joel R. Rhine, Esq.
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff Road, Suite 300
Wilmington, NC 28403
Tel.: (910) 772-9960
jrr@rhinelawfirm.com

*Rule 83.1(d) Counsel for Plaintiffs*

*Notice of Special Appearance

# CERTIFICATE OF SERVICE

I hereby certify that, on February 7, 2025 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served today on all counsel of record in this case via transmission of Notice of Electronic Filing generated by CM/ECF and on counsel in the related cases to their respective emails per the below service list.

*/s/ Scott Edward Cole*
Scott Edward Cole, Esq.